IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| CHARLIE GILMORE, JR. | § | |
|---|---|---|
| Plaintiff, | § | |
| VS. | § | NO. 3-08-CV-2006-B |
| UNNAMED DEFENDANT | § | |
| Defendant. | § | |

## **ORDER**

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED this __9th__ day of __March__, 2009.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE